UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | Case Nos. | 4:19 MJ 1378 JMB |
| Suppressed Search Warrants | ) | | 4:19 MJ 1379 JMB |
| | ) | | |

## ORDER

Currently before the Court are several motions pertaining to two related search warrants that were filed under seal. Movant Robert Patrick has filed a motion to unseal the search warrant records in case no. 4:19 MJ 1378 JMB. [4:19 MJ 1378 JMB ECF No. 6] The Government has filed a response to Movant's motion to unseal [4:19 MJ 1378 JMB ECF No. 11], noting that the Government has submitted for unsealing a redacted copy of the search warrant. [4:19 MJ 1378 JMB ECF No. 9] The Government has also filed a motion to unseal a redacted copy of the search warrant in 4:19 MJ 1379 JMB.

Accordingly,

**IT IS HEREBY ORDERED** that, in case no. 4:19 MJ 1378 JMB, the Government's Motions for Leave to Filed Sealed Documents [ECF Nos. 8, 10] are GRANTED.

**IT IS FURTHER ORDERED** that, in case no. 4:19 MJ 1378 JMB, the Government's Motion for Leave to File Redacted Records [ECF No. 9] is GRANTED.

**IT IS FURTHER ORDERED** that, in case no. 4:19 MJ 1378 JMB, Movant's Motion to Unseal is DENIED without prejudice as moot.

**IT IS FURTHER ORDERED** that, in Case No. 4:19 MJ 1379 JMB, the Government's Motion for Leave to Filed Sealed Motion [ECF No. 6] is GRANTED.

-2-

**IT IS FURTHER ORDERED** that, in Case No. 4:19 MJ 1379 JMB, the Government's Motion for Leave to Filed Redacted Records [ECF No. 7] is GRANTED.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

**SO ORDERED:**

This __7th__ day of _October_, 2019